# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129207

In re Sean McEvoy, Minor.
_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Petitioner-Appellee,

and

SET-SEG,
      Appellee,

v

SEAN McEVOY,
      Respondent,

and

JAMES McEVOY and MARIA McEVOY,
      Appellants.

SC: 129207
COA: 254116
Livingston CC Family
Division: 02-200288-DJ

_____/

      On order of the Court, the application for leave to appeal the June 21, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

p0221